ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB -1 PM 3:55
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JULIUS EDWARDS,     *
         *
     Plaintiff,    *
         *
     vs.    *
         *
LAURENS COUNTY BOARD OF     *    CV 315-025
COMMISSIONERS, W.A. "BILL"     *
HARRELL, Individually and in     *
his capacity as Sheriff of     *
Laurens County, Georgia,     *
         *
     Defendants.    *

## ORDER

On January 27, 2016, the parties filed a Stipulation of Dismissal. [Doc. No. 24.] In accordance with this Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's state law claims, including Count V entitled "O.C.G.A. § 42-5-2 Defendants' Negligence and/or Intentional Failure to Provide Medical Care" are **DISMISSED WITHOUT PREJUDICE.** Plaintiff's federal claims, including Counts I and IV brought pursuant to 42 U.S.C. § 1983, Count II brought pursuant to Title II of the Americans with Disabilities Act of 1990, and Count III brought pursuant to the Rehabilitation Act, are **DISMISSED WITH PREJUDICE.** The

Clerk is directed to **CLOSE** this case and **TERMINATE** all pending motions. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE